[No. 45095-6-I.   Division One.   May 21, 2001.]

SANDRA RUFF, *Appellant*, v. THE DEPARTMENT OF LABOR AND
INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-15860-5, Stephen M. Gaddis, J. Pro Tem.,
entered July 14, 1999. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Webster and Ellington, JJ. Now
published at 107 Wn. App. 289.

[No. 45297-5-I.   Division One.   May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH RICKEY
BOURNE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-01533-5, Deborah D. Fleck, J., entered
August 27, 1999. *Affirmed* by unpublished per curiam
opinion.

[No. 45442-1-I.   Division One.   May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY NELSON,
*Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 98-1-02035-5, Larry E. McKeeman,
J., entered September 28, 1999. *Dismissed* by unpublished
per curiam opinion.

[No. 45564-8-I.   Division One.   May 21, 2001.]

FRED A. STEPHENS, *Appellant*, v. KENNETH CLYATT,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-31160-6, Anne Harper, J. Pro Tem., en-
tered November 16, 1999. *Affirmed* by unpublished per
curiam opinion.